Ex 1



**Comptroller of the Currency**
**Administrator of National Banks**

Washington, DC 20219

July 25, 2008

The Federal Deposit Insurance Corporation
550 17th Street, N.W.
Washington, D.C. 20429-9990

Re:  First National Bank of Nevada, Reno, Nevada (Charter Number 18667)

To Whom It May Concern:

You have been appointed Receiver of the above captioned bank (Bank) effective as of the date of this letter. A copy of the Receivership Determination and Appointment of Receiver for the Bank is enclosed.

Please send the Office of the Comptroller of the Currency a copy of any verification of assets prepared by the Federal Deposit Insurance Corporation.

Very truly yours,

*[signature]*

Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision

Enclosure

EXHIBIT
D-6

UNITED STATES OF AMERICA
OFFICE OF THE COMPTROLLER OF THE CURRENCY
WASHINGTON, D.C.

Receivership Determination and Appointment of Receiver

First National Bank of Nevada
Reno, Nevada
(18667)

WHEREAS, the Comptroller of the Currency has delegated to me the authority to appoint a receiver for a national bank under 12 U.S.C. Sections 191 and 1821(c)(5);

WHEREAS, the above captioned bank (Bank) is insured by the Federal Deposit Insurance Corporation (FDIC);

WHEREAS, from information available to the Office of the Comptroller of the Currency (OCC) and pursuant to 12 U.S.C. § 191, I have determined that the following grounds exist for the appointment of a receiver for the Bank:

The Bank has experienced substantial dissipation of assets or earnings due to unsafe or unsound practices. 12 U.S.C. § 1821(c)(5)(B)(ii).

The Bank is in an unsafe or unsound condition to transact business. 12 U.S.C. § 1821(c)(5)(C).

The Bank has incurred or is likely to incur losses that will deplete all or substantially all of its capital, and there is no reasonable prospect for the Bank to become adequately capitalized (as defined in 12 U.S.C. § 1831o(b)) without Federal assistance. 12 U.S.C. § 1821(c)(5)(G).

The Bank's unsafe or unsound practices or condition are likely to cause substantial dissipation of assets or earnings. 12 U.S.C. § 1821(c)(5)(H)(i).

The Bank's unsafe or unsound practices or condition are likely to weaken the Bank's condition. 12 U.S.C. § 1821(c)(5)(H)(ii).

The Bank's unsafe or unsound practices or condition are likely to otherwise seriously prejudice the interests of the Bank's depositors or the deposit insurance fund. 12 U.S.C. § 1821(c)(5)(H)(iii).

The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and has no reasonable prospect of becoming adequately capitalized (as defined in 12 U.S.C. § 1831o(b)). 12 U.S.C. § 1821(c)(5)(K)(i).

The Bank is undercapitalized (as defined in 12 U.S.C. § 1831o(b)), and failed to submit a capital restoration plan acceptable to the OCC within the time prescribed under 12 U.S.C. § 1831o(e)(2)(D). 12 U.S.C. § 1821(c)(5)(K)(iii).

WHEREAS, in my discretion, I have determined that the FDIC should be appointed Receiver of the Bank;

NOW THEREFORE, pursuant to the provisions of 12 U.S.C. §§ 191 and 1821(c) and the power, duty, and authority vested in me by law, I do hereby appoint the FDIC as Receiver of the Bank, with all powers, duties, and responsibilities given to or imposed upon a receiver under the provisions of the laws of the United States which authorize and direct the appointment of such receiver.

*[signature]*

Jennifer C. Kelly
Senior Deputy Comptroller
Midsize/Community Bank Supervision

Dated: July 25, 2008

Advanced Search

| Home | Deposit Insurance | Consumer Protection | Industry Analysis | Regulations & Examinations | Asset Sales | News & Events | About FDIC |

Home > Industry Analysis > Failed Banks > Failed Bank Information

## Failed Bank Information

### Bank Closing Information for First National Bank of Nevada, Reno, NV

- I. Introduction
- II. Press Release
- III. Acquiring Financial Institution
- IV. Question and Answer Sheet
  - En Español
- V. Banking Services
- VI. Loan Customers
- VII. Possible Claims Against the Failed Institution
- VIII. Priority of Claims
- IX. Dividend Information
- X. Brokered Deposits
- XI. Purchase and Assumption Agreement (137 kb PDF File - PDF Help)
- XII. First National Bank of Nevada Contact Information
- XIII. Balance Sheet Summary

### I. Introduction

On July 25, 2008, First National Bank of Nevada, Reno, NV, was closed by the Office of the Comptroller of the Currency (OCC). Subsequently, the Federal Deposit Insurance Corporation (FDIC) was named Receiver. No advance notice is given to the public when a financial institution is closed. As of June 30, 2008, the former First National Bank of Arizona, Scottsdale, AZ, merged with First National Bank of Nevada and is included in this action.

The FDIC has assembled useful information regarding your relationship with this institution. Besides a checking account, you may have Certificates of Deposit, a car loan, a business checking account, a commercial loan, a Social Security direct deposit, and other relationships with the institution. The FDIC has compiled the following information which should help answer many of your questions.

Back to top

### II. Press Release

The FDIC has issued a press release (PR-63-2008) about the institution's closure. If you represent a media outlet and would like information about the closure, please contact David Barr at 202-898-6992 or Andrew Gray at 202-898-7192 or 202-494-1049.

Back to top

### III. Acquiring Financial Institution

All deposit accounts have been transferred to Mutual of Omaha Bank, Omaha, Nebraska ("assuming institution"). All deposit accounts will be available as usual.

Your transferred deposits will be separately insured from any accounts you may already have at Mutual of Omaha Bank for six months after the failure of First National Bank of Nevada. Checks that were drawn on First National Bank of Nevada that did not clear before the institution closed will be honored as long as there are sufficient funds in the account. You may speak to an FDIC representative regarding deposit insurance by calling: 1-866-674-8944 or visiting EDIE, the FDIC's Electronic Deposit Insurance Estimator.

EDIE - FDIC's Electronic Deposit Insurance Estimator

You may withdraw your funds from any transferred account without an early withdrawal penalty until you enter into a new deposit agreement with Mutual of Omaha Bank as long as the deposits are not pledged as collateral for loans. You may view more information about Mutual of Omaha Bank by visiting their web site.

www.mutualofomahabank.com

Back to top

### V. Banking Services

balance(s) as if no change had occurred. Mutual of Omaha Bank will contact you soon regarding any changes in the terms of your account. If you have a problem with a merchant refusing to accept your check, please contact Mutual of Omaha Bank at 888-419-5574. An account representative will clear up any confusion about the validity of your checks.

After July 25, 2008, your account will earn interest at a rate determined by Mutual of Omaha Bank. You will be notified by letter regarding this matter.

Your automatic direct deposit(s) and/or automatic withdrawal(s) should be transferred automatically to your assuming institution. You should contact your assuming institution, however, to discuss your account(s) and to insure that service is not delayed or discontinued.

All your deposit account histories and records will be transferred to your assuming institution. If your assuming institution requires any additional signatures or forms, it will notify you. If you have any questions or special requests, you may contact a representative of Mutual of Omaha Bank at 888-419-5574.

Back to top

### VI. Loan Customers

If you had a loan with First National Bank of Nevada, you should continue to make your payments as usual. The terms of your loan will not change under the terms of the loan contract because they are contractually agreed to in your promissory note with the failed institution. Checks should be made to your former bank and sent to the same address until further notice.

Back to top

### VII. Possible Claims Against the Failed Institution

Claims against failed financial institutions occur when bills sent to the institution remain unpaid at the time of failure. Shortly after the failure, the FDIC sends notices directly to all known service providers to explain the claim filing process.

**Please note: there are time limits for filing a claim, as specified in the notice.**

If you provided a service for First National Bank of Nevada and have not received a notice, please contact:

Federal Deposit Insurance Corporation
Receiver: First National Bank of Nevada
Attention: Claims Department, DRR
1601 Bryan Street
Dallas, Texas 75201

Or:
Call toll free 1-800-568-9161

Back to top

### VIII. Priority of Claims

In accordance with Federal law, allowed claims will be paid, after administrative expenses, in the following order of priority:

1. Depositors
2. General Unsecured Creditors
3. Subordinated Debt
4. Stockholders

Back to top

### IX. Dividend Information

Dividend History on First National Bank of Nevada

Dividend Information on Failed Financial Institutions

Back to top

### X. Brokered Deposits

The FDIC offers a reference guide to deposit brokers acting as agents for their investor clientele. This site outlines the FDIC's policies and procedures that must be followed by deposit brokers when filing for pass-through insurance coverage on custodial accounts deposited in a failed FDIC Insured Institution. All deposit passed to Mutual of Omaha Bank.

Deposit Broker Processing Guide

Back to top

General Disclaimer

Last Updated 05/21/2010                                        cservicefdicdal@fdic.gov

Home | Contact Us | Search | Help | SiteMap | Forms
Freedom of Information Act (FOIA) Service Center | Website Policies | USA.gov | FDIC Office of Inspector General
FDIC Open Government Webpage | No FEAR Act Data

http://www.fdic.gov/bank/individual/failed/fnbnv.html                                        8/6/2010