



**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**United States Bankruptcy Judge**

**Signed March 04, 2011**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE No. 09-42327-RFN-13 |
| RICHARD LEE ZIMMERMAN, | § | |
| | § | CHAPTER 13 |
| Debtor. | § | |
| | § | |
| RICHARD LEE ZIMMERMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | ADV. NO. 09-04237 |
| | § | |
| J.P. MORGAN CHASE & COMPANY | § | |
| a/k/a JPMORGAN CHASE BANK, N.A., | § | |
| PENNY MAC LOAN SERVICES, LLC, | § | |
| FNBN1, LLC, VERICREST FINANCIAL, | § | |
| INC., DEUTSCHE BANK and JOHN A. | § | |
| LOBUS, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO CONTINUE DOCKET CALL**

The Court, upon consideration of the Parties' Agreed Motion to Continue Docket Call ("Motion") finds the Motion to be well-taken. The Motion therefore should be, and hereby is, GRANTED.

It is hereby ORDERED that docket call in the above-captioned adversary proceeding shall be continued to April 4, 2011.

###END OF ORDER###

Prepared and submitted by:

/s/ *Bradley C. Knapp*
Thomas A. Connop
  Texas Bar No. 04702500
Thomas G. Yoxall
  Texas Bar No. 00785304
Bradley C. Knapp
  Texas Bar No. 24060101
LOCKE, LORD, BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
(214) 740-8000 (Telephone)
(214) 740-8800 (Telecopier)

ATTORNEYS FOR PENNYMAC LOAN SERVICES, LLC


/s/ *St. Clair Newbern, III (by permission)*
St. Clair Newbern, III
  Texas Bar No. 14941000
THE LAW OFFICES OF ST. CLAIR NEWBERN, III, P.C.
1701 River Run, Suite 1000
Fort Worth, Texas 76107
(817) 870-2647 (Telephone)
(817) 335-8656 (Telecopier)

ATTORNEY FOR RICHARD ZIMMERMAN