IN THE U.S. BANKRUPTCY COURT
Northern District of Texas
Fort Worth Division

**FILED**
APR 2 6 2011
TAWANA C. MARSHALL, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

## Alternative Dispute Resolution Summary

09-42327-13

1. Style of Case: Richard Lee Zimmerman v. PennyMac Loan Services, LLC

2. Civil action number: 09-04237-rfn    2a. Date of Mediation: April 19, 2011

3. Nature of suit: creditor dispute

4. Method of ADR used: _✓_ Mediation ___ Mini-Trial ___ Summary Jury Trial

5. Did the case settle: ___ Before ADR _✓_ In ADR ___ Did Not ___ Adjourned

6. What was your TOTAL fee: $2,000.00

7. Please list persons in attendance (including party association, i.e., defendant, plaintiff): John W. Hughes, Mediator; St. Clair Newbern, III and Clayton Everett, attorneys for Plaintiff; Richard Zimmerman, Plaintiff; Bradley Knapp and Everett New, Attorneys for Defendant; Mallory Garner, Representative for Defendant.

8. Please provide the names, address, and telephone number of counsel:

St. Clair Newbern, III
Clayton Everett
1701 River Run, Ste. 1000
(817) 870-2647 – phone
(817) 335-8658 – fax

Bradley Knapp
Everett New
2200 Ross Ave., Ste. 2200
Dallas, TX 75201
(214) 740-8586 – phone
(214) 756-8586 – fax

_/s/ John W. Hughes_                    April 22, 2011
Signature of Provider                   Date

4524 Knoll Ridge, Aledo, Texas 76008    817-291-4147
Address                                 Telephone